**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-93 |
| | ) | (Phillips) |
| **GEORGIANA TROUPE LATHAM** | ) | |

## ORDER

This matter is before the court on defendant's motion to reduce sentence [Doc. 85]. In support of the motion, defendant states she was sentenced to 63 months imprisonment by this court on June 7, 2006. At the time of sentencing, the undersigned recommended that petitioner be allowed to complete the residential drug treatment program which allows for a one year reduction of sentence. Defendant states that due to the nature of her offense, the Bureau of Prisons denied her eligibility for this reduction as her crime is classified as a violent offense. Defendant further states that she is enrolled in the drug treatment program and will be completing it this year. Therefore, defendant moves the court to reduce her sentence by one year to reflect the credit for her completion of the drug treatment program.

The decision whether to allow defendant eligibility for a one year reduction in sentence for completion of the drug treatment program is at the discretion of the Bureau of Prisons. The court is without authority to reduce defendant's sentence, although the

court commends defendant for her efforts at rehabilitation. Defendant's motion for reduction of sentence [Doc. 85] is **DENIED.**

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge