UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:04-CR-93 |
| ) | (Phillips) |
| GEORGIANA TROUPE LATHAM ) | |

### ORDER

This matter is before the court on defendant's motion for modification of sentence [Doc. 87]. Defendant asks the court to modify her sentence to reflect the changes in her criminal history score resulting from the dismissal of two prior violations of probation.

A review of the record in this case shows that defendant's criminal history was based on prior actual convictions and that her violations of probation did not increase her criminal history score. Accordingly, defendant's motion for modification of sentence [Doc. 87] is hereby **DENIED**. Defendant's motion to proceed *in forma pauperis* [Doc. 88] is **DENIED AS MOOT**.

**ENTER:**

　　　s/ Thomas W. Phillips　　　
United States District Judge